UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
BUILDING SSERVICE 32BJ PENSION FUND,
                  Plaintiffs,

              -against-

1180 AOA MENBER KKC, and ABC
COMPANIES 1-10 (all other trades or businesses
Under common control with 1180 AOA
MEMBER LLC),
                  Defendants.
-----------------------------------------------------------X

18 CIV 12226 LTS-OTW

**DEFAULT JUDGMENT**

USDC SONY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1/3/2020

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Memorandum Opinion and Order dated January 3, 2020, the Fund's motion for default judgment as to counts One and Two is granted and the Fund is hereby awarded (1) $287,404 in withdrawal liability, (2) $28,913.63 in prejudgment interest for the period from Nov. 21, 2018 through the entry of judgment, (3) $57,480.80 in liquidated damages, and (4) $17,765 in attorneys' fees, plus $465 in costs, against Defendant 1180 AOA; Interest shall accrue at the legal rate following the entry of Judgment; Defendant 1180 AOA is hereby directed to serve upon the Fund's counsel, within 14 days from the date of entry of judgment, an affidavit and supporting documents sufficient to identify each entity, that is a trade business under common control with Defendant 1180 AOA within the meaning of 29 U.S.C. § 1301(b)(1), 26 U.S.C. § 414(c), and regulation promulgated thereunder, and all other information sought in the Fund's June 12, 2018, and September 21, 2018, Request for Information; Count Three is dismissed without prejudice; accordingly, this case is closed.

**DATED**: New York, New York
        January 3, 2020

                                 **RUBY J. KRAJICK**
                                                 **Clerk of Court**

**BY**:    *[signature: K Mango]*
              **Deputy Clerk**