UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BUILDING SERVICE 32BJ PENSION FUND,

                              Plaintiff,

-against-                                      Index No. 18-CV-12226(LTS)(OTW)

1180 AOA MEMBER LLC, and ABC COMPANIES 1-10
(all other trades or businesses under common control with
1180 AOA MEMBER LLC,

                              Defendants.
------------------------------------------------------------------X

## ORDER

**WHEREAS**, Building Service 32BJ Pension Fund ("Fund"), served an Information Subpoena With Questions and Answers ("Subpoena") upon Enrico Marini Fichera ("Fichera") on February 1, 2020; and

**WHEREAS,** has failed to comply with said Subpoena; and

**WHEREAS,** Fichera was served with a second request that he comply with the Subpoena on February 20, 2020; and

**WHEREAS,** Fichera continues to refuse to comply with the Subpoena:

**IT IS HEREBY ORDERED**, that Fichera provide answers to the Subpoena by May 15, 2020. Plaintiff shall serve this order by mailing a copy of same to Fichera at: 1760 Second Avenue, Apartment 8C, New York, New York, 10128; said service to be by Certified Mail Return Receipt Requested and by Regular First Class Mail. Plaintiff shall file proof of service upon Fichera with the Court. A copy of the Order shall also be served by First Class Mail upon: Charles Fan, 1180 Avenue of the Americas, 2nd Floor, New York, New York 10036

**Fichera is admonished, that an information subpoena is an appropriate means of effectuating post judgment discovery under the laws of New York State. N.Y. C.P.L.R. § 5524 and a person's failure to comply with a subpoena is punishable by contempt. N.Y. C.P.L.R. § 5251.**

**SO ORDERED:** ___/s/ Laura Taylor Swain___        **Dated:** ___April 28, 2020___
                                  **U.S.D.J.**