UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

BUILDING SERVICE 32BJ PENSION FUND,

        Plaintiff,

  -v-                                                     No.  18 CV 12226-LTS-OTW

1180 AOA MEMBER LLC et al.,

        Defendants.

-------------------------------------------------------x

## Order

The Court has received and reviewed the letter filed by counsel for HNA North America LLC ("HNA") on May 11, 2020. (Docket Entry No. 44.) HNA informs the Court that it is a former employer of Enrico Fichera, the subject of the Court's order requiring a response to Plaintiff's information subpoena. (Docket Entry No. 41.) HNA proffers that Mr. Fichera has not received the information subpoena, and further states that Mr. Fichera should never have been served an information subpoena in this matter because he was never affiliated with the Defendant. HNA does not request any judicial action. The Court calls Plaintiff's attention to the filing and expects that Plaintiff will follow up on it in an appropriate fashion.

    SO ORDERED.

Dated: New York, New York
       May 12, 2020

                                                  /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                               United States District Judge